

# Fourth Court of Appeals
## San Antonio, Texas

August 29, 2016

No. 04-16-00489-CV

**IN THE INTEREST OF A.R.V., A CHILD**,

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-09192
The Honorable Richard E. Price, Judge Presiding

# O R D E R

The trial court's judgment was signed on June 28, 2016. The deadline for filing a timely motion for new trial was July 28, 2016. Appellant's motion for new trial was filed in the trial court one day late on July 29, 2016. Appellant's notice of appeal was filed on July 29, 2016. The notice of appeal is deemed timely filed *if* appellant's motion for new trial was timely filed thereby extending the timetable to perfect appeal to ninety days after the date the judgment was signed. *See* TEX. R. CIV. P. 5; *see* TEX. R. APP. P. 25.1(a), 26.1(a)(1). Our records do not contain proof of the date of mailing of appellant's motion for new trial.

Accordingly, it is ORDERED that **within fifteen days** of the date of this order appellant must provide written proof of the date of mailing its motion for new trial by filing either a copy of the postmark affixed by the United States Postal Service, a certified mail receipt, a certificate of mailing by the United States Postal Service, or an affidavit stating the date and method by which the motion for new trial was mailed to the district clerk. *See* TEX. R. CIV. P. 5; *see* TEX. R. APP. P. 9.2(b)(2). If appellant fails to respond within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c). All other appellate deadlines are suspended.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court